**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Deonne** First name **Earle** Middle name **Howard** Last name and Suffix (Sr., Jr., II, III) | **Sagondra** First name _____ Middle name **Thompson** Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | | **Sagondra Howard** **Sagondra Adams** **Sangondra Thompson-Howard** **Sagandra Thompson-Adams** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8298 | xxx-xx-6252 |

| Debtor 1 | **Deonne Earle Howard** |
| Debtor 2 | **Sagondra Thompson** |

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:
- ■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

About Debtor 2 (Spouse Only in a Joint Case):
- ■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5.** **Where you live**

**1447 Homestead Rd.**
**Unit 6**
**La Grange Park, IL 60526**
Number, Street, City, State & ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

- ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason.
  Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

- ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason.
  Explain. (See 28 U.S.C. § 1408.)

_____

| Debtor 1 | **Deonne Earle Howard** | | |
|---|---|---|---|
| Debtor 2 | **Sagondra Thompson** | | Case number *(if known)* |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

---

**11. Do you rent your residence?**

- ☐ No.    Go to line 12.
- ■ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - ■ No. Go to line 12.

  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **Deonne Earle Howard** | |
|---|---|---|
| Debtor 2 | **Sagondra Thompson** | Case number *(if known)* |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

�■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number *(if known)*

| **Part 6:** | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Deonne Earle Howard**                **/s/ Sagondra Thompson**

**Deonne Earle Howard**                   **Sagondra Thompson**
Signature of Debtor 1                     Signature of Debtor 2

Executed on   **June  9, 2016**           Executed on   **June  9, 2016**
MM / DD / YYYY                            MM / DD / YYYY

Debtor 1    **Deonne Earle Howard**

Debtor 2    **Sagondra Thompson**
_____

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Gilberto Rivera**
_____
Signature of Attorney for Debtor

Date    **June  9, 2016**
_____
MM / DD / YYYY

**Gilberto Rivera**
_____
Printed name

**Rivera & Associates**
_____
Firm name

**2057 North Western Avenue**
**Chicago, IL 60647**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(773) 286-2900**
_____

Email address   **gilriveralaw@yahoo.com**
_____

_____
Bar number & State

---

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Deonne Earle Howard** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sagondra Thompson** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:    Summarize Your Assets**

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $            0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................................... | $        44,164.77 |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................................. | $        44,164.77 |

**Part 2:    Summarize Your Liabilities**

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $         1,371.51 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $            0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $       268,593.14 |
| **Your total liabilities** | $       269,964.65 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $         2,024.79 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*....................................................... | $         3,412.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■   Yes

7.   **What kind of debt do you have?**

■   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**

Debtor 2   **Sagondra Thompson**

Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$     2,259.64

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 23,582.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 23,582.00 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Deonne Earle Howard** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sagondra Thompson** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | | | |

☐ Check if this is an
   amended filing

## Official Form 106A/B
# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes.  Where is the property?

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here...........................................................=>**

| |
|---|
| **$0.00** |

**Part 3:   Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Living and bedroom set | $300.00 |
|---|---|

7.  **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
             including cell phones, cameras, media players, games
■ No
☐ Yes.  Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number *(if known)* _____

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Winter and Summer apparel | $400.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

    | |
    |---|
    | $700.00 |

**Part 4:**   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................

    | | |
    |---|---|
    | **Cash** | $300.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ■ No
    ☐ Yes.......................        Institution name:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Deonne Earle Howard** |
|---|---|
| Debtor 2 | **Sagondra Thompson** |

Case number *(if known)* _____

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes.................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ■ No
    ☐ Yes.  Give specific information about them...................
                        Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ■ Yes. List each account separately.
                        Type of account:              Institution name:

|  | **401 K** | **Lincoln Financial Group** | **$43,164.77** |
|---|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. ....................                  Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1    **Deonne Earle Howard**
Debtor 2    **Sagondra Thompson**                              Case number *(if known)* _____

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.
Company name:                              Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................

| $43,464.77 |
|---|

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**

Debtor 2   **Sagondra Thompson**

Case number *(if known)* _____

---

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................. | **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** .................................................................................................................... | **$0.00**

56. **Part 2: Total vehicles, line 5** | **$0.00**
57. **Part 3: Total personal and household items, line 15** | **$700.00**
58. **Part 4: Total financial assets, line 36** | **$43,464.77**
59. **Part 5: Total business-related property, line 45** | **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00**
61. **Part 7: Total other property not listed, line 54** + | **$0.00**

62. **Total personal property.** Add lines 56 through 61... | **$44,164.77**   Copy personal property total ▶ | **$44,164.77**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$44,164.77**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Deonne Earle Howard** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Sagondra Thompson** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                              4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:      Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Living and bedroom set**<br>Line from *Schedule A/B*: **6.1** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Winter and Summer apparel**<br>Line from *Schedule A/B*: **11.1** | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **401 K: Lincoln Financial Group**<br>Line from *Schedule A/B*: **21.1** | $43,164.77 | ☑ $43,164.77<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**

Debtor 2   **Sagondra Thompson**

Case number (if known)

**Schedule C: The Property You Claim as Exempt**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| Debtor 1 | **Deonne Earle Howard** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sagondra Thompson** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

<u>Official Form 106D</u>
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

| 2.1 | **Rent-A-Center** | Describe the property that secures the claim: | $1,371.51 | $0.00 | $1,371.51 |
|---|---|---|---|---|---|

**2.1** Rent-A-Center

Creditor's Name

**ATTN: Bankruptcy Department**
**2717 Mannheim Road**
**Franklin Park, IL**
**60131-2219**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

**Secured furniture**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **11/22/2015** | Last 4 digits of account number | **3726** |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,371.51 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,371.51 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Deonne Earle Howard** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Sagondra Thompson** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:     List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **ADT Security Services** | Last 4 digits of account number    **6512** | $52.68 |
| | Nonpriority Creditor's Name | | |
| | **ATTN: Bankruptcy Department** | When was the debt incurred?    **8/24/2015** | |
| | **P.O. BOX 371878** | | |
| | **Pittsburgh, PA 15250-7878** | | |
| | Number Street City State Zlp Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ■ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a  community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify _____ | |

| Debtor 1 | **Deonne Earle Howard** |
|---|---|
| Debtor 2 | **Sagondra Thompson** |

Case number (if know)

---

| 4.2 | **Adventist Health Partners** | Last 4 digits of account number | **8778** | $221.05 |

Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
**P.O. BOX 7001**
**Bolingbrook, IL 60440-7001**
Number Street City State Zip Code

When was the debt incurred?  **9/15/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.3 | **Adventist Hinsdale Hospital** | Last 4 digits of account number | **1308** | $200.00 |

Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
**75 Remittance Drive Suite 3250**
**Chicago, IL 60675-3250**
Number Street City State Zip Code

When was the debt incurred?  **9/15/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.4 | **Adventist Hinsdale Hospital** | Last 4 digits of account number | **1410** | $997.20 |

Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
**75 Remittance Drive Suite 3250**
**Chicago, IL 60675-3250**
Number Street City State Zip Code

When was the debt incurred?  **1/18/2016**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number *(if know)*

---

| 4.5 | **Advocate Illinois Masonic Medical** | Last 4 digits of account number | **7082** | $2,246.00 |

Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
**P.O. BOX 4247**
**Carol Stream, IL 60197-4247**

When was the debt incurred?     **2/4-2/29/2016**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **medical bill**

---

| 4.6 | **Alliance One** | Last 4 digits of account number | **1348** | $2,009.39 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 2449**
**Gig Harbor, WA 98335**

When was the debt incurred?     **Opened  9/01/14**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Collection Attorney T-Mobile Usa  Inc.**

---

| 4.7 | **Ally Financial** | Last 4 digits of account number | **6076** | $3,382.00 |

Nonpriority Creditor's Name

**Po Box 380901**
**Bloomington, MN 55438**

When was the debt incurred?     **Opened  9/01/10 Last Active 5/04/12**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Automobile**

---

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

| 4.8 | **AmeriCredit/GM Financial** | Last 4 digits of account number | **3002** | $10,924.78 |

Nonpriority Creditor's Name

**Po Box 183583**
**Arlington, TX 76096**

When was the debt incurred?   **Opened  6/01/11  Last Active 3/13/15**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile Gm Financial**

---

| 4.9 | **Associated Pathology  Consultants** | Last 4 digits of account number | **7443** | $30.80 |

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department**
**2634 Solutions Center**
**Chicago, IL 60677-2006**

When was the debt incurred?   **02/2/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.1 0 | **Atg Credit** | Last 4 digits of account number | **9596** | $15.00 |

Nonpriority Creditor's Name

**1700 W Cortland St Ste 2**
**Chicago, IL 60622**

When was the debt incurred?   **Opened 11/01/15**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Metropolitan Advanced Radiolog**

---

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

| 4.1<br>1 | **CIGNA Group Insurance P250** | Last 4 digits of account number | **4764** | **$2,250.00** |

Nonpriority Creditor's Name
**ATTN: Bankruptcy Department
P.O. BOX 22325
Pittsburgh, PA 15222-9158**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance**

---

| 4.1<br>2 | **Crdt Union 1** | Last 4 digits of account number | **6438** | **$1,129.00** |

Nonpriority Creditor's Name

**450 E. 22nd St. Suite 250
Lombard, IL 60148**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 10/01/07  Last Active 10/08/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.1<br>3 | **Currie Motors** | Last 4 digits of account number | **8874** | **$1,198.79** |

Nonpriority Creditor's Name
**ATTN: Bankruptcy Department
8401 W. Roosevelt Road
Forest Park, IL 60130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **11/29/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Car repairs/parts**

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number (if know) _____

---

| 4.1 4 | | | |
|---|---|---|---|

**DMG Surgical Center, LLC**
Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
**1593 Paysphere Circle**
**Chicago, IL 60674-0015**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

�■ No
☐ Yes

Last 4 digits of account number   **9828**               $463.00

When was the debt incurred?   **2/12/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
�■ Other. Specify   **medical bill**

---

| 4.1 5 | | | |
|---|---|---|---|

**Dpt Treasury**
Nonpriority Creditor's Name

**3700 East West Hig**
**Hyattsville, MD 20782**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
�■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

�■ No
☐ Yes

Last 4 digits of account number   **392A**               $1,012.00

When was the debt incurred?   **Opened  2/20/15  Last Active**
**7/28/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
�■ Other. Specify   **Government Miscellaneous Debt**

---

| 4.1 6 | | | |
|---|---|---|---|

**DuPage Medical Group**
Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
**15921 Collections Center Drive**
**Chicago, IL 60693-0159**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

�■ No
☐ Yes

Last 4 digits of account number   **7874**               $248.22

When was the debt incurred?   **2/8/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
�■ Other. Specify   **medical bill**

---

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

**4.17**

| **Elmhurst Animal Care Center** | Last 4 digits of account number | **5132** | **$250.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Atttn: Bankruptcy Department
850 S. Riverside Dr.
Elmhurst, IL 60126**

When was the debt incurred?    **11/20/2015**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                      ☐ Contingent
☐ Debtor 2 only                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only         ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**         ☐ Student loans

Is the claim subject to offset?        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                 ■ Other. Specify _____

---

**4.18**

| **Elmhurst Radiologists, SC** | Last 4 digits of account number | **7291** | **$160.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department
P.O. BOX 1035
Bedford Park, IL 60499-1035**

When was the debt incurred?    _____

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                      ☐ Contingent
■ Debtor 2 only                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only         ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**         ☐ Student loans

Is the claim subject to offset?        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                 ■ Other. Specify    **medical bill**

---

**4.19**

| **EPMG Of Illinois, S.C.** | Last 4 digits of account number | **9469** | **$469.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department
P.O. BOX 95968
Oklahoma City, OK 73143-5968**

When was the debt incurred?    _____

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                      ☐ Contingent
■ Debtor 2 only                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only         ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**         ☐ Student loans

Is the claim subject to offset?        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                 ■ Other. Specify _____

---

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number (if know) _____

| 4.2 0 | **ERC/Enhanced Recovery Corp** | Last 4 digits of account number | **2095** | **$136.06** |

Nonpriority Creditor's Name
**8014 Bayberry Rd**
**Jacksonville, FL 32256**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 12/01/13**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Attorney At T**

- ☑ No
- ☐ Yes

---

| 4.2 1 | **Fed Loan Servicing** | Last 4 digits of account number | **0007** | **$3,793.00** |

Nonpriority Creditor's Name

**Po Box 69184**
**Harrisburg, PA 17106**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 5/01/12 Last Active 12/31/15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

- ☑ No
- ☐ Yes

**Educational**

---

| 4.2 2 | **Fed Loan Servicing** | Last 4 digits of account number | **0013** | **$3,641.00** |

Nonpriority Creditor's Name

**Po Box 69184**
**Harrisburg, PA 17106**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 1/01/13 Last Active 12/31/15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

- ☑ No
- ☐ Yes

**Educational**

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number *(if know)* _____

---

| 4.2 3 | **Fed Loan Servicing** | Last 4 digits of account number | **0003** | **$3,479.00** |

Nonpriority Creditor's Name

**Po Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred?    **Opened  6/01/05  Last Active 11/09/11**

Number Street City State ZIp code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

**Educational**

---

| 4.2 4 | **Fed Loan Servicing** | Last 4 digits of account number | **0017** | **$3,118.00** |

Nonpriority Creditor's Name

**Po Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred?    **Opened  2/01/15  Last Active 12/31/15**

Number Street City State ZIp code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

**Educational**

---

| 4.2 5 | **Fed Loan Servicing** | Last 4 digits of account number | **0002** | **$2,930.00** |

Nonpriority Creditor's Name

**Po Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred?    **Opened  6/01/05  Last Active 11/09/11**

Number Street City State ZIp code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

**Educational**

---

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

| 4.2 6 | **Fed Loan Servicing** | Last 4 digits of account number | **0012** | **$1,898.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred?   **Opened  1/01/13  Last Active 12/31/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Educational**

---

| 4.2 7 | **Fed Loan Servicing** | Last 4 digits of account number | **0006** | **$1,863.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred?   **Opened  5/01/12  Last Active 12/31/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Educational**

---

| 4.2 8 | **Fed Loan Servicing** | Last 4 digits of account number | **0001** | **$1,090.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Cbe Group**
**Po Box 900**
**Waterloo, IA 50704**

When was the debt incurred?   **Opened  1/01/10  Last Active 3/14/14**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Educational**

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number (if know) _____

| 4.2 9 | **Fed Loan Servicing** | Last 4 digits of account number | **0016** | **$886.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred?  **Opened 2/01/15 Last Active 12/31/15**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

**Educational**

| 4.3 0 | **Fed Loan Servicing** | Last 4 digits of account number | **0014** | **$884.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred?  **Opened 8/01/14 Last Active 12/31/15**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

**Educational**

| 4.3 1 | **Fifth Third Bank** | Last 4 digits of account number | **5405** | **$138,687.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Bankruptcy Department**
**1830 E Paris Ave Se**
**Grand Rapids, MI 49546**

When was the debt incurred?  **Opened 6/01/07 Last Active 4/27/15**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Real Estate Mortgage**

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**
                                                                    Case number (if know) _____

---

| 4.3 2 | **Franklin Collection Service, Inc** | Last 4 digits of account number   **4392** | **$136.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 3910**
**Tupelo, MS 38801**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **10 At T**

---

| 4.3 3 | **Harvard Collection** | Last 4 digits of account number   **9131** | **$89.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Harvard Collection Services**
**4839 N Elston Avenue**
**Chicago, IL 60630**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened  6/01/14**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Laboratory   Path Diagnostics**

---

| 4.3 4 | **Illinois Emergency Medicine** | Last 4 digits of account number   **8557** | **$159.60** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 71402**
**ATTN: Bankruptcy Department**
**Chicago, IL 60694-1400**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **medical bill**

---

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**
                                                                    Case number (if know) _____

| 4.3 5 | **Insure On The Spot Credit Service** | Last 4 digits of account number | **7522** | $1,678.86 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
**5485 N. Elston**
**Chicago, IL 60630-1456**
Number Street City State Zlp Code

When was the debt incurred?   **12/15/2015-current**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Car Insurance**

---

| 4.3 6 | **Loyola University Medical Center** | Last 4 digits of account number | **0189** | $1,691.45 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zlp Code

When was the debt incurred?   **9/21/2015**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical Bill**

---

| 4.3 7 | **Loyola University Medical Center** | Last 4 digits of account number | **2598** | $190.88 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zlp Code

When was the debt incurred?   **8/24/2015**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical Bill**

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number (if know) _____

---

| 4.3 8 | **Loyola University Medical Center** | Last 4 digits of account number | **0126** | **$6,044.64** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?     **4/3/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Medical Bill**

---

| 4.3 9 | **Loyola University Medical Center** | Last 4 digits of account number | **0121** | **$116.29** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?     **3/3/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **medical bill**

---

| 4.4 0 | **Loyola University Medical Center** | Last 4 digits of account number | **0145** | **$31.87** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?     **5/18/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **medical bill**

---

Debtor 1    **Deonne Earle Howard**

Debtor 2    **Sagondra Thompson**

Case number *(if know)* _____

---

| 4.4 1 | **Loyola University Medical Center** | Last 4 digits of account number | **0156** | **$303.10** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?    **5/29/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **medical bill**

---

| 4.4 2 | **Loyola University Medical Center** | Last 4 digits of account number | **0144** | **$30.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?    **5/18/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **medical bill**

---

| 4.4 3 | **Loyola University Medical Center** | Last 4 digits of account number | **0148** | **$30.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?    **5/18/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **medical bill**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Deonne Earle Howard** |
|---|---|
| Debtor 2 | **Sagondra Thompson** |

Case number (if know) _____

---

| 4.4 4 | **Loyola University Medical Center** | Last 4 digits of account number | **0162** | **$30.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

Number Street City State Zip Code

When was the debt incurred? **6/4/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **medical bill**

---

| 4.4 5 | **Loyola University Medical Center** | Last 4 digits of account number | **0163** | **$224.98** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

Number Street City State Zip Code

When was the debt incurred? **6/8/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **medical bill**

---

| 4.4 6 | **Loyola University Medical Center** | Last 4 digits of account number | **0165** | **$90.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

Number Street City State Zip Code

When was the debt incurred? **6/8/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **medical bill**

---

| | |
|---|---|
| Debtor 1 | **Deonne Earle Howard** |
| Debtor 2 | **Sagondra Thompson** |

Case number (if know) _____

---

**4.47**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0135**                                    **$30.00**

**When was the debt incurred?**    **5/4/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

**4.48**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0149**                                    **$286.40**

**When was the debt incurred?**    **5/18/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

**4.49**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0146**                                    **$55.64**

**When was the debt incurred?**    **5/18/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number *(if know)* _____

---

| 4.5 0 | | | |
|---|---|---|---|

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0152**

When was the debt incurred?  **5/18/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

$46.47

---

| 4.5 1 | | | |
|---|---|---|---|

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0179**

When was the debt incurred?  **7/15/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

$30.00

---

| 4.5 2 | | | |
|---|---|---|---|

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0175**

When was the debt incurred?  **7/7/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

$42.89

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number (if know) _____

---

**4.5
3**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0161**                           **$37.84**

When was the debt incurred?   **5/29/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

**4.5
4**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0160**                           **$60.00**

When was the debt incurred?   **6/2/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

**4.5
5**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0159**                           **$30.00**

When was the debt incurred?   **6/3/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number *(if know)* _____

---

| 4.5 6 | | | |
|---|---|---|---|

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0153**          $40.64

When was the debt incurred?   **5/20/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.5 7 | | | |
|---|---|---|---|

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0139**          $30.00

When was the debt incurred?   **5/6/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.5 8 | | | |
|---|---|---|---|

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0141**          $32.80

When was the debt incurred?   **5/1/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

| 4.5 9 | **Loyola University Medical Center** | Last 4 digits of account number | **0127** | **$71.22** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **4/3/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.6 0 | **Loyola University Medical Center** | Last 4 digits of account number | **0134** | **$103.73** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **4/29/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.6 1 | **Loyola University Medical Center** | Last 4 digits of account number | **0137** | **$60.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **4/30/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**                                        Case number (if know) _____

---

**4.6 2**  **Loyola University Medical Center**          Last 4 digits of account number  **0129**                    **$34.50**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**                    When was the debt incurred?  **4/13/2015**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
■ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  **medical bill**

---

**4.6 3**  **Loyola University Medical Center**          Last 4 digits of account number  **0122**                    **$39.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**                    When was the debt incurred?  **3/3/2015**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
■ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  **medical bill**

---

**4.6 4**  **Loyola University Medical Center**          Last 4 digits of account number  **0131**                    **$369.02**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**                    When was the debt incurred?  **5/1/2015**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
■ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  **medical bill**

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number (if know) _____

---

**4.65**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0027**                          **$12.84**

When was the debt incurred?  **11/5/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

---

**4.66**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0176**                          **$60.00**

When was the debt incurred?  **7/14/2015-7/31/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

---

**4.67**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0018**                          **$410.90**

When was the debt incurred?  **8/13/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number (if know) _____

---

| 4.6 8 | **Loyola University Medical Center** | Last 4 digits of account number | **0187** | **$72.62** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?  **8/18/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

---

| 4.6 9 | **Loyola University Medical Center** | Last 4 digits of account number | **0193** | **$525.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?  **9/1/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

---

| 4.7 0 | **Loyola University Medical Center** | Last 4 digits of account number | **0023** | **$60.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?  **10/16/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**

Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

| 4.7 1 | **Loyola University Medical Center** | Last 4 digits of account number | **0020** | **$200.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?    **9/13-9/14/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **medical bill**

---

| 4.7 2 | **Loyola University Medical Center** | Last 4 digits of account number | **0023** | **$278.51** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?    **9/18/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **medical bill**

---

| 4.7 3 | **Loyola University Medical Center** | Last 4 digits of account number | **0028** | **$180.30** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?    **11/5/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **medical bill**

---

Debtor 1    **Deonne Earle Howard**
Debtor 2    **Sagondra Thompson**

Case number (if know) _____

---

| 4.7 4 | | |
|---|---|---|

**Loyola University Medical Center**
Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **0026**                    **$60.00**

When was the debt incurred?    **9/18/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

| 4.7 5 | | |
|---|---|---|

**Loyola University Medical Center**
Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **0190**                    **$433.00**

When was the debt incurred?    **6/8/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

| 4.7 6 | | |
|---|---|---|

**Loyola University Medical Center**
Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **0192**                    **$27.74**

When was the debt incurred?    **8/24/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number (if know)  _____

---

| 4.7 7 | **Loyola University Medical Center** | Last 4 digits of account number | **0168** | **$23.58** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **6/17/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **medical bill**

---

| 4.7 8 | **Loyola University Medical Center** | Last 4 digits of account number | **0195** | **$346.91** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **8/24/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **medical bill**

---

| 4.7 9 | **Loyola University Medical Center** | Last 4 digits of account number | **0196** | **$264.18** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **9/21/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **medical bill**

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number (if know) _____

---

| 4.8 0 | **Loyola University Medical Center** | Last 4 digits of account number | **0025** | **$55.23** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **11/20/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **medical bill**

---

| 4.8 1 | **Loyola University Medical Center** | Last 4 digits of account number | **0012** | **$88.20** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **8/24/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **medical bill**

---

| 4.8 2 | **Loyola University Medical Center** | Last 4 digits of account number | **0014** | **$30.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **9/4/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **medical bill**

---

Debtor 1    **Deonne Earle Howard**
Debtor 2    **Sagondra Thompson**

Case number (if know) _____

---

| 4.8 3 | **Loyola University Medical Center** | Last 4 digits of account number | **0016** | **$30.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?    **10/23/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

| 4.8 4 | **Loyola University Medical Center** | Last 4 digits of account number | **0183** | **$60.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?    **8/4-8/31/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

| 4.8 5 | **Loyola University Medical Center** | Last 4 digits of account number | **0188** | **$33.50** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?    **8/18/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

| 4.8 6 | **Loyola University Medical Center** | Last 4 digits of account number | **0186** | **$24.10** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

Number Street City State Zip Code

When was the debt incurred?   **8/17/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.8 7 | **Loyola University Medical Center** | Last 4 digits of account number | **0027** | **$12.84** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

Number Street City State Zip Code

When was the debt incurred?   **11/5/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.8 8 | **Loyola University Medical Center** | Last 4 digits of account number | **0035** | **$3,454.20** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

Number Street City State Zip Code

When was the debt incurred?   **3/5/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

| 4.89 | **Loyola University Medical Center** | Last 4 digits of account number | **0042** | **$931.80** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **1/2/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.90 | **Loyola University Medical Center** | Last 4 digits of account number | **0043** | **$7,873.60** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **1/23/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.91 | **Loyola University Medical Center** | Last 4 digits of account number | **0044** | **$1,633.70** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **2/28/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number (if know) _____

---

| 4.9 2 | **Loyola University Medical Center** | Last 4 digits of account number | **0084** | **$3.90** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

When was the debt incurred?  **8/26/2014**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

---

| 4.9 3 | **Loyola University Medical Center** | Last 4 digits of account number | **0090** | **$3.90** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

When was the debt incurred?  **9/11/2014**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

---

| 4.9 4 | **Loyola University Medical Center** | Last 4 digits of account number | **0119** | **$3.90** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

When was the debt incurred?  **11/12/2014**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

---

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

| 4.9 5 | **Loyola University Medical Center** | Last 4 digits of account number | **0154** | **$3.51** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **5/18/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **medical bill**

---

| 4.9 6 | **Loyola University Medical Center** | Last 4 digits of account number | **0171** | **$603.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **6/25/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **medical bill**

---

| 4.9 7 | **Loyola University Medical Center** | Last 4 digits of account number | **0180** | **$3,233.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**

When was the debt incurred?   **8/17/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **medical bill**

---

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

**4.98**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0194**            **$172.00**

When was the debt incurred?   **9/1/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

**4.99**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0216**            **$103.00**

When was the debt incurred?   **12/8/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

**4.100**

**Loyola University Medical Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2160 South First Avenue**
**Maywood, IL 60153-3328**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0217**            **$129.00**

When was the debt incurred?   **12/8/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

| 4.1 01 | **Loyola University Medical Center** | Last 4 digits of account number | **0223** | **$956.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328**

When was the debt incurred?   **12/18/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.1 02 | **Loyola University Medical Center** | Last 4 digits of account number | **0226** | **$105.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328**

When was the debt incurred?   **1/5/2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

| 4.1 03 | **Loyola University Medical Center** | Last 4 digits of account number | **0228** | **$103.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328**

When was the debt incurred?   **1/5/2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

Debtor 1  **Deonne Earle Howard**

Debtor 2  **Sagondra Thompson**

Case number (if know) _____

| 4.1 04 | **Loyola University Medical Center** | Last 4 digits of account number | **0229** | **$129.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**

**2160 South First Avenue**

**Maywood, IL 60153-3328**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **1/5/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **medical bill**

---

| 4.1 05 | **Merchants Credit** | Last 4 digits of account number | **0258** | **$238.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**223 W Jackson Blvd**

**Ste 700**

**Chicago, IL 60606**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **Opened 12/01/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collection Attorney Illinois Emergency Medical Spe**

---

| 4.1 06 | **Metlife** | Last 4 digits of account number | **0120** | **$906.88** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department**

**P.O. BOX 13724**

**Philadelphia, PA 19101-3724**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number (if know) _____

---

| 4.1 07 | **Metropolitan Advanced Radiological** | Last 4 digits of account number | **8045** | $46.00 |

Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
**1362 Paysphere Circle**
**Chicago, IL 60674-1362**
Number Street City State Zip Code

When was the debt incurred?  **6/29/2015**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bill**

---

| 4.1 08 | **Nationwide Credit & Coll** | Last 4 digits of account number | **1205** | $963.00 |

Nonpriority Creditor's Name
**Attn Collections/Bankruptcy**
**815 Commerce Dr Ste 270**
**Oak Brook, IL 60523**
Number Street City State Zip Code

When was the debt incurred?  **Opened  7/01/14**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Dmg Surgical Center**

---

| 4.1 09 | **Nationwide Credit & Coll** | Last 4 digits of account number | **1204** | $481.00 |

Nonpriority Creditor's Name
**Attn Collections/Bankruptcy**
**815 Commerce Dr Ste 270**
**Oak Brook, IL 60523**
Number Street City State Zip Code

When was the debt incurred?  **Opened  7/01/14**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Dmg Surgical Center**

---

Debtor 1  **Deonne Earle Howard**

Debtor 2  **Sagondra Thompson**

Case number (if know) _____

---

**4.1**
**10**

**Nationwide Credit & Coll**

Nonpriority Creditor's Name

**Attn Collections/Bankruptcy**
**815 Commerce Dr Ste 270**
**Oak Brook, IL 60523**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **5521**                    **$453.00**

When was the debt incurred?   **Opened  6/01/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Dupage Medical Group**

---

**4.1**
**11**

**Nationwide Credit & Coll**

Nonpriority Creditor's Name

**Attn Collections/Bankruptcy**
**815 Commerce Dr Ste 270**
**Oak Brook, IL 60523**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **5522**                    **$180.00**

When was the debt incurred?   **Opened  6/01/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Dupage Medical Group**

---

**4.1**
**12**

**Nationwide Credit & Coll**

Nonpriority Creditor's Name

**Attn Collections/Bankruptcy**
**815 Commerce Dr Ste 270**
**Oak Brook, IL 60523**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1529**                    **$55.00**

When was the debt incurred?   **Opened  3/01/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Dupage Medical Group**

---

| Debtor 1 | **Deonne Earle Howard** |
|---|---|
| Debtor 2 | **Sagondra Thompson** |

Case number *(if know)* _____

---

**4.1 13**

**Nationwide Credit & Coll**
Nonpriority Creditor's Name
**Attn Collections/Bankruptcy**
**815 Commerce Dr Ste 270**
**Oak Brook, IL 60523**
Number Street City State Zip Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  **7942**        **$320.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **medical bill**

---

**4.1 14**

**Nationwide Credit & Coll**
Nonpriority Creditor's Name
**Attn Collections/Bankruptcy**
**815 Commerce Dr Ste 270**
**Oak Brook, IL 60523**
Number Street City State Zip Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  **7937**        **$148.20**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **medical bill**

---

**4.1 15**

**Oak Brook X-ray & Imaging, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**2425 W. 22nd Street, Suite 105**
**Oak Brook, IL 60523-4642**
Number Street City State Zip Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  **8699**        **$590.89**

When was the debt incurred?  **6/23/2015**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Medical bill**

---

Debtor 1 **Deonne Earle Howard**
Debtor 2 **Sagondra Thompson**                                    Case number (if know) _____

| 4.1 16 | **Orthopedic Specialists, S.C** | Last 4 digits of account number | **9497** | **$15.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department
360 W. Butterfield Road
Elmhurst, IL 60126-5099**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **12/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

| 4.1 17 | **Portfolio Recovery** | Last 4 digits of account number | **7699** | **$450.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **Opened  6/01/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Factoring Company Account Target National Bank**

---

| 4.1 18 | **Radadvantage Illinois, PC** | Last 4 digits of account number | **0331** | **$78.17** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department
LockBox 4692 P.O. BOX 8500
Philadelphia, PA 19178-4692**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **11/16/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**

Debtor 2   **Sagondra Thompson**

Case number (if know) _____

---

| 4.1 19 | **Sam's Club** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number **8652** | **$100.00** |
| | **ATTN: Bankruptcy Department** | | |
| | **P.O. BOX 659782** | When was the debt incurred? **11/24/2015** | |
| | **San Antonio, TX 78265-9782** | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| 4.1 20 | **Santander Consumer USA** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number **1000** | **$26,606.00** |
| | **Po Box 961275** | When was the debt incurred? **Opened 7/01/14 Last Active 9/09/15** | |
| | **Fort Worth, TX 76161** | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Automobile**

---

| 4.1 21 | **Security Finance** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number **1607** | **$1,140.00** |
| | **Centralized Bankruptcy** | | |
| | **Po Box 1893** | When was the debt incurred? **Opened 5/09/15 Last Active 10/28/15** | |
| | **Spartanburg, SC 29304** | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

Debtor 1    **Deonne Earle Howard**
Debtor 2    **Sagondra Thompson**

Case number (if know) _____

---

| 4.1 22 | **State Collection Service** | Last 4 digits of account number | **8525** | **$493.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 6250**
**Madison, WI 53716**

When was the debt incurred?    **Opened  4/01/10  Last Active 11/11/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Attorney Emergency Healthcare Physician**

---

| 4.1 23 | **State Farm Fire and Casualty Compan** | Last 4 digits of account number | **5405** | **$1,141.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department**
**2702 Ireland Grove Road**
**Bloomington, IL 61709-0001**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Insurance**

---

| 4.1 24 | **Suburban Radiologists, SC.** | Last 4 digits of account number | **9236** | **$161.53** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department**
**1446 Momentum Place**
**Chicago, IL 60689-5314**

When was the debt incurred?    **9/15/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **medical bill**

---

Debtor 1    **Deonne Earle Howard**
Debtor 2    **Sagondra Thompson**

Case number (if know) _____

---

| 4.1 25 | **Suburban Radiologists, SC.** | Last 4 digits of account number | **7113** | $12.90 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department**
**1446 Momentum Place**
**Chicago, IL 60689-5314**

When was the debt incurred?    **1/18/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

| 4.1 26 | **Synchrony Bank/Sams Club** | Last 4 digits of account number | **9393** | $100.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 103104**
**Roswell, GA 30076**

When was the debt incurred?    **Opened  6/01/05  Last Active 6/16/09**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.1 27 | **Transworld Systems Inc.** | Last 4 digits of account number | **5688** | $131.85 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department**
**P.O. BOX 17221**
**Wilmington, DE 19850**

When was the debt incurred?    **12/16/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1  **Deonne Earle Howard**

Debtor 2  **Sagondra Thompson**

Case number (if know) _____

---

**4.1 28**

**Uropartners**

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department**
**3183 Paysphere Circle**
**Chicago, IL 60674**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4840;4840**    **$205.00**

**When was the debt incurred?**   **10/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 29**

**Verizon**

Nonpriority Creditor's Name

**500 Technology Dr**
**Suite 500**
**Weldon Spring, MO 63304**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0001**    **$3,995.98**

**When was the debt incurred?**   **Opened 10/01/12  Last Active 10/31/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.1 30**

**Village of Bellwood**

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department**
**P.O. BOX 1368**
**Elmhurst, IL 60126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3541**    **$1,525.50**

**When was the debt incurred?**   **10/23/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical bill**

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number (if know) _____

---

| 4.1 31 | **Village of Bellwood** | Last 4 digits of account number | **3566** | **$459.92** |

Nonpriority Creditor's Name

**P.O. BOX 1368
ATTN: Bankruptcy
Elmhurst, IL 60126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **10/1/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

| 4.1 32 | **Village of Bellwood** | Last 4 digits of account number | **3655** | **$1,514.00** |

Nonpriority Creditor's Name

**P.O. BOX 1368
ATTN: Bankruptcy Department
Elmhurst, IL 60126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **10/20/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

| 4.1 33 | **Village of Bellwood** | Last 4 digits of account number | **3406** | **$842.00** |

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department
P.O. BOX 1368
Elmhurst, IL 60126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **9/13/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bill**

---

Debtor 1    **Deonne Earle Howard**
Debtor 2    **Sagondra Thompson**

Case number (if know) _____

---

| 4.1 34 | **Village of Bellwood** | Last 4 digits of account number | **3400** | **$95.37** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**3200 Washington Blvd**
**Bellwood, IL 60104-1984**
Number Street City State Zip Code

When was the debt incurred?    **7/31/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Meter Readings**

---

| 4.1 35 | **West Suburban Medical Center** | Last 4 digits of account number | **6906** | **$200.00** |

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department**
**P.O. BOX 830913**
**Birmingham, AL 35283-0913**
Number Street City State Zip Code

When was the debt incurred?    **6/26/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **medical bill**

---

| 4.1 36 | **West Suburban Medical Center** | Last 4 digits of account number | **9421** | **$302.20** |

Nonpriority Creditor's Name

**ATTN: Bankruptcy Department**
**P.O. BOX 830913**
**Birmingham, AL 35283-0913**
Number Street City State Zip Code

When was the debt incurred?    **11/10/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **medical bill**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

---

| Debtor 1 | **Deonne Earle Howard** | | |
|---|---|---|---|
| Debtor 2 | **Sagondra Thompson** | | |
| | | Case number *(if know)* | |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Chrysler Capital**
**Attn: Bankruptcy Department**
**8585 Stemmons Fwy Suite 900**
**Dallas, TX 75247**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.120** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **8045**

---

Name and Address
**CMRE Financial Services Inc.**
**3075 E. Imperial Hwy #200**
**ATTN: Bankruptcy Department**
**Brea, CA 92821-6753**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.135** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **6906**

---

Name and Address
**CMRE Financial Services Inc.**
**3075 E. Imperial Hwy #200**
**ATTN: Bankruptcy Department**
**Brea, CA 92821-6753**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.136** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **9421**

---

Name and Address
**Credence Resource Management**
**ATTN: Bankruptcy Department**
**P.O. BOX 2147**
**Southgate, MI 48195-4147**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **6748**

---

Name and Address
**Insurance Support Center**
**ATTN: Bankruptcy Department**
**P.O. BOX 680001**
**Dallas, TX 75368-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.123** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **5405**

---

Name and Address
**Life Insurance Cmpny North America**
**ATTN: Bankruptcy Department**
**P.O. BOX 12096**
**Newark, NJ 07101-2096**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **4764**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.36** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **0189**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.37** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **2598**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**

Case number *(if know)*

**0126**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc**<br>**P.O. BOX 1629**<br>**ATTN: Bankruptcy Department**<br>**Maryland Heights, MO 63043-0629** | Line **4.39** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0121** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc**<br>**P.O. BOX 1629**<br>**ATTN: Bankruptcy Department**<br>**Maryland Heights, MO 63043-0629** | Line **4.40** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0145** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc**<br>**P.O. BOX 1629**<br>**ATTN: Bankruptcy Department**<br>**Maryland Heights, MO 63043-0629** | Line **4.41** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0156** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc**<br>**P.O. BOX 1629**<br>**ATTN: Bankruptcy Department**<br>**Maryland Heights, MO 63043-0629** | Line **4.42** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0144** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc**<br>**P.O. BOX 1629**<br>**ATTN: Bankruptcy Department**<br>**Maryland Heights, MO 63043-0629** | Line **4.43** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0148** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc**<br>**P.O. BOX 1629**<br>**ATTN: Bankruptcy Department**<br>**Maryland Heights, MO 63043-0629** | Line **4.44** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0162** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc**<br>**P.O. BOX 1629**<br>**ATTN: Bankruptcy Department**<br>**Maryland Heights, MO 63043-0629** | Line **4.45** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0163** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc**<br>**P.O. BOX 1629**<br>**ATTN: Bankruptcy Department**<br>**Maryland Heights, MO 63043-0629** | Line **4.46** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0165** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc**<br>**P.O. BOX 1629**<br>**ATTN: Bankruptcy Department**<br>**Maryland Heights, MO 63043-0629** | Line **4.47** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0135** |

---

Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor?

| Debtor 1 | **Deonne Earle Howard** |
| Debtor 2 | **Sagondra Thompson** |

Case number *(if know)* _____

---

**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

Line **4.48** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0149**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0146**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.50** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0152**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.51** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0179**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0175**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0161**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0160**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0159**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.56** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0153**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1    **Deonne Earle Howard**
Debtor 2    **Sagondra Thompson**

Case number *(if know)* _____

**Maryland Heights, MO 63043-0629**

| | |
|---|---|
| Last 4 digits of account number | **0139** |

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0141**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.59** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0127**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.60** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0134**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.61** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0137**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.62** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0129**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.63** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0122**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0131**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.65** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0027**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.66** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0176**

---

| Debtor 1 | **Deonne Earle Howard** |
|---|---|
| Debtor 2 | **Sagondra Thompson** |

Case number (if know) _____

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.67** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0018**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.68** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0187**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.69** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0193**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.70** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0023**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.71** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0020**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.72** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0023**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.73** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0028**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.74** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0026**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.75** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0190**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.76** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

---

| Debtor 1 | **Deonne Earle Howard** |
|---|---|
| Debtor 2 | **Sagondra Thompson** |

Case number (*if know*) _____

**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

Last 4 digits of account number      **0192**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.77** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0168**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.78** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0195**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.79** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0196**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.80** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0025**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0012**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.82** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0014**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.83** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0016**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.84** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0183**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.85** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0188**

---

Debtor 1    **Deonne Earle Howard**
Debtor 2    **Sagondra Thompson**

Case number (if know) _____

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc** | Line **4.86** of (Check one): |
| **P.O. BOX 1629** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **ATTN: Bankruptcy Department** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Maryland Heights, MO 63043-0629** | |
| | Last 4 digits of account number        **0186** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc** | Line **4.87** of (Check one): |
| **P.O. BOX 1629** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **ATTN: Bankruptcy Department** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Maryland Heights, MO 63043-0629** | |
| | Last 4 digits of account number        **0027** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc** | Line **4.88** of (Check one): |
| **P.O. BOX 1629** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **ATTN: Bankruptcy Department** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Maryland Heights, MO 63043-0629** | |
| | Last 4 digits of account number        **0035** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc** | Line **4.89** of (Check one): |
| **P.O. BOX 1629** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **ATTN: Bankruptcy Department** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Maryland Heights, MO 63043-0629** | |
| | Last 4 digits of account number        **0042** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc** | Line **4.90** of (Check one): |
| **P.O. BOX 1629** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **ATTN: Bankruptcy Department** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Maryland Heights, MO 63043-0629** | |
| | Last 4 digits of account number        **0043** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc** | Line **4.91** of (Check one): |
| **P.O. BOX 1629** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **ATTN: Bankruptcy Department** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Maryland Heights, MO 63043-0629** | |
| | Last 4 digits of account number        **0044** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc** | Line **4.92** of (Check one): |
| **P.O. BOX 1629** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **ATTN: Bankruptcy Department** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Maryland Heights, MO 63043-0629** | |
| | Last 4 digits of account number        **0084** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc** | Line **4.93** of (Check one): |
| **P.O. BOX 1629** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **ATTN: Bankruptcy Department** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Maryland Heights, MO 63043-0629** | |
| | Last 4 digits of account number        **0090** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc** | Line **4.94** of (Check one): |
| **P.O. BOX 1629** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **ATTN: Bankruptcy Department** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Maryland Heights, MO 63043-0629** | |
| | Last 4 digits of account number        **0119** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Medicredit, Inc** | Line **4.95** of (Check one): |
| **P.O. BOX 1629** | ☐ Part 1: Creditors with Priority Unsecured Claims |

---

Debtor 1  **Deonne Earle Howard**
Debtor 2  **Sagondra Thompson**

Case number *(if know)* _____

---

**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0154**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.96** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0171**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.97** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0180**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.98** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0194**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.99** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0216**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.100** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0217**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.101** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0223**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.102** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0226**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.103** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0228**

---

Name and Address
**Medicredit, Inc**
**P.O. BOX 1629**
**ATTN: Bankruptcy Department**
**Maryland Heights, MO 63043-0629**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.104** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0229**

---

| Debtor 1 | **Deonne Earle Howard** | |
|---|---|---|
| Debtor 2 | **Sagondra Thompson** | |

Case number (if know) _____

| **Part 4:** | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

<table>
<tr><td rowspan="5" style="background:#eee"><b>Total claims from Part 1</b></td><td></td><td></td><td></td><td><b>Total Claim</b></td></tr>
<tr><td>6a.</td><td><b>Domestic support obligations</b></td><td>6a.</td><td>$      0.00</td></tr>
<tr><td>6b.</td><td><b>Taxes and certain other debts you owe the government</b></td><td>6b.</td><td>$      0.00</td></tr>
<tr><td>6c.</td><td><b>Claims for death or personal injury while you were intoxicated</b></td><td>6c.</td><td>$      0.00</td></tr>
<tr><td>6d.</td><td><b>Other.</b> Add all other priority unsecured claims. Write that amount here.</td><td>6d.</td><td>$      0.00</td></tr>
</table>

| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $      0.00 |
|---|---|---|---|---|

<table>
<tr><td rowspan="5" style="background:#eee"><b>Total claims from Part 2</b></td><td></td><td></td><td></td><td><b>Total Claim</b></td></tr>
<tr><td>6f.</td><td><b>Student loans</b></td><td>6f.</td><td>$      23,582.00</td></tr>
<tr><td>6g.</td><td><b>Obligations arising out of a separation agreement or divorce that you did not report as priority claims</b></td><td>6g.</td><td>$      0.00</td></tr>
<tr><td>6h.</td><td><b>Debts to pension or profit-sharing plans, and other similar debts</b></td><td>6h.</td><td>$      0.00</td></tr>
<tr><td>6i.</td><td><b>Other.</b> Add all other nonpriority unsecured claims. Write that amount here.</td><td>6i.</td><td>$      245,011.14</td></tr>
</table>

| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $      268,593.14 |
|---|---|---|---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Deonne Earle Howard** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Sagondra Thompson** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.    **Do you have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br>Number    Street<br>City          State          ZIP Code | |
| **2.2** Name<br>Number    Street<br>City          State          ZIP Code | |
| **2.3** Name<br>Number    Street<br>City          State          ZIP Code | |
| **2.4** Name<br>Number    Street<br>City          State          ZIP Code | |
| **2.5** Name<br>Number    Street<br>City          State          ZIP Code | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Deonne Earle Howard** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Sagondra Thompson** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number    Street<br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number    Street<br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Deonne Earle Howard** |
| Debtor 2 (Spouse, if filing) | **Sagondra Thompson** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | **Patient Care** | |
| | Employer's name | **Bellwood Nursing Center** | |
| | Employer's address | **105 Eastern Avenue**<br>**Bellwood, IL 60104** | |
| | How long employed there? | **20** | |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          **2,259.64** | $          **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          **0.00** | +$          **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $          **2,259.64** | $          **0.00** |

| Debtor 1 | **Deonne Earle Howard** |
|---|---|
| Debtor 2 | **Sagondra Thompson** |

Case number (*if known*) _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** .................................................................... | 4. | $ **2,259.64** | $ **0.00** |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **354.85** | $ **0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. **Insurance** | 5e. | $ **80.00** | $ **0.00** |
| 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **434.85** | $ **0.00** |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **1,824.79** | $ **0.00** |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **200.00** |
| 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **0.00** |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **200.00** |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **1,824.79** + $ **200.00** | = $ **2,024.79** |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ 11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                                                    12. $ **2,024.79**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: [_____]

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Deonne Earle Howard** |
| Debtor 2 (Spouse, if filing) | **Sagondra Thompson** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **10** | ☐ No   ■ Yes |
| **Daughter** | **15** | ☐ No   ■ Yes |
| **Daughter** | **18** | ☐ No   ■ Yes |
| | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,200.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 33.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1  **Deonne Earle Howard**

Debtor 2  **Sagondra Thompson**                                        Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | | 85.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | | 500.00 |
| | 6d. Other. Specify: | 6d. $ | | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | | 500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | | 300.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | | 200.00 |
| 10. | **Personal care products and services** | 10. $ | | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | | 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | | 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. $ | | 0.00 |
| | 15b. Health insurance | 15b. $ | | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | | 94.00 |
| | 15d. Other insurance. Specify: | 15d. $ | | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | | 0.00 |
| | 17c. Other. Specify: | 17c. $ | | 0.00 |
| | 17d. Other. Specify: | 17d. $ | | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. Mortgages on other property | 20a. $ | | 0.00 |
| | 20b. Real estate taxes | 20b. $ | | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 3,412.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 3,412.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | | 2,024.79 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | | 3,412.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | | -1,387.21 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Deonne Earle Howard** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Sagondra Thompson** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____      Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Deonne Earle Howard** | X **/s/ Sagondra Thompson** |
|---|---|
| **Deonne Earle Howard** | **Sagondra Thompson** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **June 9, 2016** | Date **June 9, 2016** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Deonne Earle Howard** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sagondra Thompson** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | _____ | | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **227 Rice Avenue Bellwood, IL 60104** | From-To: **2000-2015** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2015 )** | ■ Wages, commissions, bonuses, tips | $46,442.00 | ■ Wages, commissions, bonuses, tips | $21,915.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Deonne Earle Howard** |
| Debtor 2 | **Sagondra Thompson** |

Case number *(if known)* _____

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2014 )** | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $40,878.00 | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $58,273.00 |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.**    Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■ **Yes.**    Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Reason for this payment |
|---|---|---|---|---|

| Debtor 1 | **Deonne Earle Howard** |
|---|---|
| Debtor 2 | **Sagondra Thompson** |

Case number *(if known)* _____

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment
Include creditor's name |
|---|---|---|---|---|

---

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

■ No
☐ Yes. Fill in the details.

| Case title
Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property

Explain what happened | Date | Value of the property |
|---|---|---|---|
| **AmeriCredit/GM Financial
ATTN: Bankruptcy Department
P.O. BOX 183123
Arlington, TX 76096-3132** | **2011 Chevy Cruze**

■ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized or levied. | **4/29/2015** | **$9,214.80** |
| **Ally Financial
Po Box 380901
ATTN: Bankruptcy
Minneapolis, MN 55438-0903** | **2011 Dodge Caliber**

■ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized or levied. | **2012** | **$3,382.47** |
| **Santander Consumer USA
ATTN: Bankruptcy
Po Box 961275
Fort Worth, TX 76161-1275** | **2014 Jeep Patriot**

■ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized or levied. | **2015** | **$26,606.00** |
| **Fifth Third Bank
Attn: Bankruptcy Department
1830 E Paris Ave Se
Grand Rapids, MI 49546** | **227 Rice Avenue
Bellwood, Illinois 60104
Case# 15 CH 5178**

☐ Property was repossessed.
■ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized or levied. | **12/2/2015** | **$138,687.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor 1 | **Deonne Earle Howard** | | |
|---|---|---|---|
| Debtor 2 | **Sagondra Thompson** | Case number *(if known)* | |

**accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1    **Deonne Earle Howard**
Debtor 2    **Sagondra Thompson**

Case number (*if known*)

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property<br>transferred | Date payment<br>or transfer was<br>made | Amount of<br>payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access<br>to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page 5

Debtor 1    **Deonne Earle Howard**
Debtor 2    **Sagondra Thompson**

Case number *(if known)*

---

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23.    **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■    *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■    *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■    *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.    **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.    **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.    **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27.    **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**                                    Case number *(if known)*

☑ **No. None of the above applies.  Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Deonne Earle Howard**                        **/s/ Sagondra Thompson**
**Deonne Earle Howard**                            **Sagondra Thompson**
**Signature of Debtor 1**                          **Signature of Debtor 2**

Date    **June  9, 2016**                          Date    **June  9, 2016**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Deonne Earle Howard** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Sagondra Thompson** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: <br> _____ | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: <br> _____ | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: <br> _____ | ☐ No <br><br> ☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Deonne Earle Howard**
Debtor 2   **Sagondra Thompson**                              Case number *(if known)* _____

name:                                    ☐ Retain the property and redeem it.                    ☐ Yes

Description of                           ☐ Retain the property and enter into a
property                                   *Reaffirmation Agreement.*
securing debt:                           ☐ Retain the property and [explain]:
                                           _____

---

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Deonne Earle Howard**                          X  **/s/ Sagondra Thompson**
   **Deonne Earle Howard**                                  **Sagondra Thompson**
   Signature of Debtor 1                                    Signature of Debtor 2

   Date    **June  9, 2016**                         Date    **June  9, 2016**

---

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.**
> *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |  |  |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border:1px solid gray">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Deonne Earle Howard**
**Sagondra Thompson**
_____
Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................ $ _____ **1,300.00**

    Prior to the filing of this statement I have received ........................... $ _____ **0.00**

    Balance Due ......................................................................................... $ _____ **1,300.00**

2.  $ __**336.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    b.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    c.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  9, 2016**
_____
_Date_

**/s/ Gilberto Rivera**
_____
**Gilberto Rivera**
_Signature of Attorney_
**Rivera & Associates**
**2057 North Western Avenue**
**Chicago, IL 60647**
**(773) 286-2900  Fax: 888-430-7589**
**gilriveralaw@yahoo.com**
_____
_Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re **Deonne Earle Howard**
**Sagondra Thompson**
_____
Debtor(s)

Case No. _____
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **212**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June  9, 2016**
_____

**/s/ Deonne Earle Howard**
_____
**Deonne Earle Howard**
Signature of Debtor

Date:  **June  9, 2016**
_____

**/s/ Sagondra Thompson**
_____
**Sagondra Thompson**
Signature of Debtor

ADT Security Services
ATTN: Bankruptcy Department
P.O. BOX 371878
Pittsburgh, PA 15250-7878


Adventist Health Partners
ATTN: Bankruptcy Department
 P.O. BOX 7001
Bolingbrook, IL 60440-7001


Adventist Hinsdale Hospital
ATTN: Bankruptcy Department
75 Remittance Drive Suite 3250
Chicago, IL 60675-3250


Adventist Hinsdale Hospital
ATTN: Bankruptcy Department
75 Remittance Drive Suite 3250
Chicago, IL 60675-3250


Advocate Illinois Masonic Medical
ATTN: Bankruptcy Department
P.O. BOX 4247
Carol Stream, IL 60197-4247


Alliance One
Attn: Bankruptcy
Po Box 2449
Gig Harbor, WA 98335


Ally Financial
Po Box 380901
Bloomington, MN 55438


AmeriCredit/GM Financial
Po Box 183583
Arlington, TX 76096


Associated Pathology  Consultants
ATTN: Bankruptcy Department
2634 Solutions Center
Chicago, IL 60677-2006


Atg Credit
1700 W Cortland St Ste 2
Chicago, IL 60622

Chrysler Capital
Attn: Bankruptcy Department
8585 Stemmons Fwy Suite 900
Dallas, TX 75247


CIGNA Group Insurance P250
ATTN: Bankruptcy Department
P.O. BOX 22325
Pittsburgh, PA 15222-9158


CMRE Financial Services Inc.
3075 E. Imperial Hwy #200
ATTN: Bankruptcy Department
Brea, CA 92821-6753


CMRE Financial Services Inc.
3075 E. Imperial Hwy #200
ATTN: Bankruptcy Department
Brea, CA 92821-6753


Crdt Union 1
450 E. 22nd St. Suite 250
Lombard, IL 60148


Credence Resource Management
ATTN: Bankruptcy Department
P.O. BOX 2147
Southgate, MI 48195-4147


Currie Motors
ATTN: Bankruptcy Department
8401 W. Roosevelt Road
Forest Park, IL 60130


DMG Surgical Center, LLC
ATTN: Bankruptcy Department
1593 Paysphere Circle
Chicago, IL 60674-0015


Dpt Treasury
3700 East West Hig
Hyattsville, MD 20782

```
DuPage Medical Group
ATTN: Bankruptcy Department
15921 Collections Center Drive
Chicago, IL 60693-0159


Elmhurst Animal Care Center
Atttn: Bankruptcy Department
850 S. Riverside Dr.
Elmhurst, IL 60126


Elmhurst Radiologists, SC
ATTN: Bankruptcy Department
P.O. BOX 1035
Bedford Park, IL 60499-1035


EPMG Of Illinois, S.C.
ATTN: Bankruptcy Department
P.O. BOX 95968
Oklahoma City, OK 73143-5968


ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106
```

Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Cbe Group
Po Box 900
Waterloo, IA 50704


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fifth Third Bank
Bankruptcy Department
1830 E Paris Ave Se
Grand Rapids, MI 49546


Franklin Collection Service, Inc
Po Box 3910
Tupelo, MS 38801


Harvard Collection
Harvard Collection Services
4839 N Elston Avenue
Chicago, IL 60630


Illinois Emergency Medicine
P.O. BOX 71402
ATTN: Bankruptcy Department
Chicago, IL 60694-1400


Insurance Support Center
ATTN: Bankruptcy Department
P.O. BOX 680001
Dallas, TX 75368-0001

```
Insure On The Spot Credit Service
ATTN: Bankruptcy Department
5485 N. Elston
Chicago, IL 60630-1456


Life Insurance Cmpny North America
ATTN: Bankruptcy Department
P.O. BOX 12096
Newark, NJ 07101-2096


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328
```

```
Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328
```

Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328

```
Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328
```

Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328

Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328

Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328

Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Loyola University Medical Center
Attn: Bankruptcy Department
2160 South First Avenue
Maywood, IL 60153-3328


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629

Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629

```
Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629
```

```
Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629
```

```
Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629
```

```
Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629
```

```
Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629
```

Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629

Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Medicredit, Inc
P.O. BOX 1629
ATTN: Bankruptcy Department
Maryland Heights, MO 63043-0629


Merchants Credit
223 W Jackson Blvd
Ste 700
Chicago, IL 60606


Metlife
ATTN: Bankruptcy Department
P.O. BOX 13724
Philadelphia, PA 19101-3724


Metropolitan Advanced Radiological
ATTN: Bankruptcy Department
1362 Paysphere Circle
Chicago, IL 60674-1362


Nationwide Credit & Coll
Attn Collections/Bankruptcy
815 Commerce Dr Ste 270
Oak Brook, IL 60523

```
Nationwide Credit & Coll
Attn Collections/Bankruptcy
815 Commerce Dr Ste 270
Oak Brook, IL 60523


Nationwide Credit & Coll
Attn Collections/Bankruptcy
815 Commerce Dr Ste 270
Oak Brook, IL 60523


Nationwide Credit & Coll
Attn Collections/Bankruptcy
815 Commerce Dr Ste 270
Oak Brook, IL 60523


Nationwide Credit & Coll
Attn Collections/Bankruptcy
815 Commerce Dr Ste 270
Oak Brook, IL 60523


Nationwide Credit & Coll
Attn Collections/Bankruptcy
815 Commerce Dr Ste 270
Oak Brook, IL 60523


Nationwide Credit & Coll
Attn Collections/Bankruptcy
815 Commerce Dr Ste 270
Oak Brook, IL 60523


Oak Brook X-ray & Imaging, Inc.
Attn: Bankruptcy Department
2425 W. 22nd Street, Suite 105
Oak Brook, IL 60523-4642


Orthopedic Specialists, S.C
ATTN: Bankruptcy Department
360 W. Butterfield Road
Elmhurst, IL 60126-5099


Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541
```

Radadvantage Illinois, PC
ATTN: Bankruptcy Department
LockBox 4692 P.O. BOX 8500
Philadelphia, PA 19178-4692


Rent-A-Center
ATTN: Bankruptcy Department
2717 Mannheim Road
Franklin Park, IL 60131-2219


Sam's Club
ATTN: Bankruptcy Department
P.O. BOX 659782
San Antonio, TX 78265-9782


Santander Consumer USA
Po Box 961275
Fort Worth, TX 76161


Security Finance
Centralized Bankruptcy
Po Box 1893
Spartanburg, SC 29304


State Collection Service
Po Box 6250
Madison, WI 53716


State Farm Fire and Casualty Compan
ATTN: Bankruptcy Department
2702 Ireland Grove Road
Bloomington, IL 61709-0001


Suburban Radiologists, SC.
ATTN: Bankruptcy Department
1446 Momentum Place
Chicago, IL 60689-5314


Suburban Radiologists, SC.
ATTN: Bankruptcy Department
1446 Momentum Place
Chicago, IL 60689-5314

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


Transworld Systems Inc.
ATTN: Bankruptcy Department
P.O. BOX 17221
Wilmington, DE 19850


Uropartners
ATTN: Bankruptcy Department
3183 Paysphere Circle
Chicago, IL 60674


Verizon
500 Technology Dr
Suite 500
Weldon Spring, MO 63304


Village of Bellwood
ATTN: Bankruptcy Department
P.O. BOX 1368
Elmhurst, IL 60126


Village of Bellwood
P.O. BOX 1368
ATTN: Bankruptcy
Elmhurst, IL 60126


Village of Bellwood
P.O. BOX 1368
ATTN: Bankruptcy Department
Elmhurst, IL 60126


Village of Bellwood
ATTN: Bankruptcy Department
P.O. BOX 1368
Elmhurst, IL 60126


Village of Bellwood
Attn: Bankruptcy Department
3200 Washington Blvd
Bellwood, IL 60104-1984

```
West Suburban Medical Center
ATTN: Bankruptcy Department
P.O. BOX 830913
Birmingham, AL 35283-0913


West Suburban Medical Center
ATTN: Bankruptcy Department
P.O. BOX 830913
Birmingham, AL 35283-0913
```